UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN KELLY,

    Plaintiff,

                          Case No. 17-cv-12982
                          Hon. Avern Cohn
v.                          Mag. Mona K. Majzoub

COUNTY OF WAYNE

    Defendants.

| **SAM MORGAN** (P36694)<br>GASIOREK, MORGAN, GRECO,<br>McCAULEY & KOTZIAN, P.C.<br>Attorneys for Plaintiff<br>30500 Northwestern Hwy, Suite 425<br>Farmington Hills, MI 48334<br>(248) 865-0001<br>smorgan@gmgmklaw.com | **ZENNA ELHASAN** (P67961)<br>Wayne County Corporation Counsel<br>**DREW VAN de GRIFT** (P76820)<br>Assistant Corporation Counsel<br>for Wayne County Defendants<br>500 Griswold, 30th Floor<br>Detroit, MI  48226 / 313-224-6290<br>dvandegrift@waynecounty.com |
|---|---|

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED to by and between the undersigned parties to DISMISS the above-captioned matter with prejudice with the parties bearing their own costs as the parties have reached a settlement in this case.

**So Stipulated:**

 _s/Sam Morgan (with consent)_           _s/Drew Van de Grift_____
Sam Morgan (P36694)                    Drew Van de Grift (76820)
Attorney for Plaintiff                       Assistant Corporation Counsel
                                            Attorney for Defendant Wayne County

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KEVIN KELLY,

    Plaintiff,

                            Case No. 17-cv-12982
                            Hon. Avern Cohn
v.                            Mag. Mona K. Majzoub

COUNTY OF WAYNE

    Defendants.

| **SAM MORGAN** (P36694)<br>GASIOREK, MORGAN, GRECO,<br>McCAULEY & KOTZIAN, P.C.<br>Attorneys for Plaintiff<br>30500 Northwestern Hwy, Suite 425<br>Farmington Hills, MI 48334<br>(248) 865-0001<br>smorgan@gmgmklaw.com | **ZENNA ELHASAN** (P67961)<br>Wayne County Corporation Counsel<br>**DREW VAN de GRIFT** (P76820)<br>Assistant Corporation Counsel<br>for Wayne County Defendants<br>500 Griswold, 30th Floor<br>Detroit, MI  48226 / 313-224-6290<br>dvandegrift@waynecounty.com |
|---|---|

## STIPULATION AND ORDER TO DISMISS

At a session of said court, held in the
United States District Court, Eastern
District of Michigan on 6/14/2018

PRESENT:    Hon. Avern Cohn
                    United States District Court Judge

    NOW COMES the parties by the agreement and stipulation of their counsel requesting that this Honorable Court dismiss this matter with prejudice without costs to any party.

    IT IS SO ORDERED BY THIS COURT.

                                          s/Avern Cohn
                                          Honorable Avern Cohn
                                          United States District Court Judge

Dated:  6/14/2018